UNITED STATES of America,
Plaintiff–Appellee,

v.

James Harold BURKE, Jr., a.k.a. Short Man, Defendant–Appellant.

No. 09–11273

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 2009.

James Harold Burke, Jr., Atlanta, GA, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for James Harold Burke, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Burke's conviction and sentence are **AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ralph PAUL, Jr., Defendant–Appellant.

No. 09–12305

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2009.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Ralph Paul, Jr., Folkston, GA, pro se.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for Ralph Paul, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Paul's conviction and sentence are **AFFIRMED.**